UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-15979

**Case Name** | Lena Evans v. Paypal, Inc.

Hearing Location (*city*) | San Francisco

Your Name | Judith Shophet Sidkoff

List the sitting dates for the three sitting months you were asked to review:

> September 11-15; October 2-6; and October 16-20; November 6-9 and November 13-17.

Do you have an unresolvable conflict on any of the above dates? ⦿ Yes   ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

> September 15: Counsel for PayPal will be traveling in advance of the Rosh Hashanah holiday.
> November 6-9: Counsel for PayPal will be traveling for a sibling's wedding.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes   ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | /s/Judith Shophet Sidkoff    **Date** | Jun 6, 2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                     New 12/01/2018